IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JO ANN HARRIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CIVIL ACTION NO. 02-G-1961-S |
| ADAMSON FORD, INC., et al., | ) ) ) | |
| Defendants. | ) | |

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation (doc. 12) is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the state law claims against defendant Adamson Ford are due to be dismissed with prejudice. An appropriate order will be entered.

DONE, this 27TH day of November, 2002.

J. FOY GUIN, JR.
UNITED STATES DISTRICT JUDGE